AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

BYRON EVERETT and GINGER EVERETT, and the marital community composed thereof,

                    Plaintiffs,

      v.

PETERSON ENTERPRISES, INC., a Washington corporation, dba VALLEY EMPIRE COLLECTION, and BRAD WILLIAMS, a Washington Collection Attorney and Debt Collector, and PATRICE HILSABECK, an individual,              Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-10-0244-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff and against Defendants in the amount of $4,730.00 in attorney's fees and $430.00 in costs pursuant to the Order Granting and Denying In Part Plaintiffs' Motion For Attorney's Fees Pursuant to Defendants' Offer of Judgment entered on October 29, 2010, Ct. Rec. 18.

| | |
|---|---|
| October 29, 2010 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |